**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **INTERSTATE AGREEMENT ON DETAINERS ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:26-cr-00142 |
| Gauge Julius Lee Johnson, | ) | |
| | ) | |
| Defendant. | ) | |

On November 5, 2026, Defendant made his initial appearance in the above entitled action and was arraigned. Prior to his initial appearance, Defendant was incarcerated by the State of North Dakota at the North Dakota State Penitentiary ("NDSP") in Bismarck, North Dakota. After the Indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with North Dakota prison officials. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), Defendant's appearance before this court for her initial appearance and arraignment was secured by a writ of habeas corpus *ad prosequendum*.

At hhis initial appearance and arraignment, Defendant was advised of his rights under the IADA to continued federal custody until the charges set forth in the Indictment are adjudicated. Defendant waived in open court the anti-shuttling provisions of the IADA and agreed to remain in the custody of the State of North Dakota (the "sending state" under the IADA) at the NDSP pending further proceedings in this case initiated by the United States (the "receiving state" under the IADA).

The court accepts Defendant's waiver, finding that it was made knowingly and intelligently, voluntarily, and upon advice of counsel. Accordingly, the court **ORDERS** that Defendant be returned to and housed by the "sending state" under the IADA pending further proceedings or until

further order of the court. Further, pursuant to Defendant's waiver, return of Defendant to the "sending state" pending trial shall not be grounds under the IADA for dismissal of the charges set forth in the Indictment.

**IT IS SO ORDERED.**

Dated this 5th day of November, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court